**STATE of Missouri, Respondent,**

v.

**Brian E. GLASER, Appellant.**

**No. 50088.**

Missouri Court of Appeals, Eastern District, Northern Division, Division Two.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 1986.

L.R. Magee, Kansas City, for appellant.

Steven E. Raymond, Pros. Atty., Shelbyville, for respondent.

## ORDER

PER CURIAM.

Defendant, Brian E. Glaser, appeals from his conviction, in a court tried case, of speeding, § 304.010, RSMo (Supp.1985), a misdemeanor. Defendant was sentenced to a fine. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Francis John ECKHART, Appellant.**

**No. 50089.**

Missouri Court of Appeals, Eastern District, Northern Division, Division Two.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 1986.

L.R. Magee, Kansas City, for appellant.

Steven E. Raymond, Pros. Atty., Shelbyville, for respondent.

## ORDER

PER CURIAM.

Defendant, Francis John Eckhart, appeals from his conviction, in a court tried case, of speeding, § 304.010, RSMo (Supp. 1985), a misdemeanor. Defendant was sentenced to a fine. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).